# **EXHIBIT A**

**MONROE COUNTY CLERK'S OFFICE**      **THIS IS NOT A BILL. THIS IS YOUR RECEIPT.**

Receipt # 2277526

Book   Page   CIVIL

Return To:
STEPHEN EINSTEIN
39 Broadway, Suite 1250
New York, NY 10006

No. Pages: 5

Instrument: EFILING INDEX NUMBER

Control #:     201911240007
Index #:     E2019011148

Date: 11/24/2019

LVNV FUNDING LLC

Time: 2:06:12 PM

FONTAINE, JERRY

| | |
|---|---|
| State Fee Index Number | $165.00 |
| County Fee Index Number | $26.00 |
| State Fee Cultural Education | $14.25 |
| State Fee Records Management | $4.75 |
| Total Fees Paid: | $210.00 |

Employee: JM

State of New York

MONROE COUNTY CLERK'S OFFICE
WARNING – THIS SHEET CONSTITUTES THE CLERKS
ENDORSEMENT, REQUIRED BY SECTION 317-a(5) &
SECTION 319 OF THE REAL PROPERTY LAW OF THE
STATE OF NEW YORK. DO NOT DETACH OR REMOVE.

ADAM J BELLO

MONROE COUNTY CLERK



Date Purchased:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE
_____X

Index №

LVNV Funding LLC

**SUMMONS**

Plaintiff's Address:

          Plaintiff,

-against-

Jerry Fontaine

          Defendant(s).

The basis of Venue is
CPLR Sec. 503(f)
Defendant resides in
County of: MONROE
Consumer Credit Transaction

_____X

Defendant(s) Address:

DEF.#1 - 24 Longhorn Dr, West Henrietta NY 14586-9739

TO THE ABOVE NAMED DEFENDANT(S):

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service, or within 30 days after service is complete if this summons is not personally delivered to you within the State of New York; and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

    We are attorneys attempting to collect a debt. Any information obtained will be used for that purpose.

Dated: October 28, 2019

Matter No. 348516.001

☐ Evridike Kollis     ☐ Stephanie R. Vetch
☐ Aksana Bondartseva     ☐ Rafeena Khairullah
☐ Joseph J. Cassotta     ☐ Monique Aziza
☒ Anthony Poulin     ☐ Stephen Einstein
☐ Scott Morris     ☐ Alex Pesochin

Stephen Einstein & Associates, P.C.
Attorneys for the Plaintiff
39 Broadway, Suite 1250
New York, N.Y. 10006
(212) 267-3550

*PDB*



FILED: MONROE COUNTY CLERK 11/22/2019 03:35 PM                    INDEX NO. E2019011148
NYSCEF DOC. NO. 1                                                 RECEIVED NYSCEF: 11/22/2019

Case 6:20-cv-06274-EAW   Document 1-1   Filed 04/28/20   Page 4 of 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MONROE

LVNV Funding LLC

                          Plaintiff,

   -against-                                    **VERIFIED COMPLAINT**

Jerry Fontaine

                         Defendant(s).

---

1. Plaintiff is an active foreign entity conducting business in the state of NV.

2. Upon information and belief, Defendant(s) reside or is employed in of the State of New York, County of MONROE; or that the Defendant(s) transacted business with within the jurisdiction and venue where this action is brought in person or through an agent and that the instant cause of action arose out of said transaction.

3. Upon information and belief the Defendant(s) hereto entered into a Retail Charge Account Agreement with Plaintiff's predecessor in interest, Synchrony Bank, bearing account # XXXXXXXXXXXX7960 wherein Defendant(s) agreed to pay Synchrony Bank all amounts charged to said account by the authorized use thereof.

4. Upon information and belief, the agreement containing the terms and conditions governing the use of the credit account, including terms of payment were delivered to the Defendant(s).

5. Plaintiff, as purchaser and assignee of the account herein, owns and retains all beneficial rights and interests therein and Plaintiff has complete authority to settle, adjust, compromise and satisfy the same and that the assignor has no further interest in said account for any purpose.

6. Upon information and belief this obligation originated with Synchrony Bank with a chain of title as follows:

      SYNCHRONY BANK

SHERMAN ORIGINATOR III LLC

SHERMAN ORIGINATOR LLC

LVNV FUNDING LLC

7. Upon information and belief, Defendant(s) incurred charges by use of the said charge account, less and credits, in the sum of $1,405.14, no part of which has been paid although duly demanded.

8. Upon information and belief the the date of default on this account was 1/5/2017 and the cause of action asserted herein is not outside the applicable statute of limitations for enforcing the debt.

WHEREFORE, Plaintiff demands judgment against Defendant(s) in the sum of $1,405.14 plus costs and disbursements in this action.

**VERIFICATION**: The undersigned, affirms under penalties of perjury, that he is a member of the firm appearing as attorney of record for the plaintiff, has read this complaint and knows its contents, and that the same is alleged upon information and belief and believes it to be true. Affirmant says that the grounds of his belief are documents received from the Plaintiff and/or pre-suit investigation. This verification is made by affirmant because plaintiff's place of business is located outside the county where affirmant maintains his law practice. Affirmed this 28th day of October, 2019.

☐ Evridike Kollis          ☐ Stephanie R. Vetch
☐ Aksana Bondartseva       ☐ Rafeena Khairullah
☐ Joseph J. Cassotta       ☐ Monique Aziza
☒ Anthony Poulin           ☐ Stephen Einstein
☒ Scott Morris             ☐ Alex Pesochin
Matter. № 348516.001

Index No. _____        Year 2019

### SUPREME COURT OF THE STATE OF NEW YORK
### COUNTY OF <u>MONROE</u>

LVNV Funding LLC

         Plaintiff

-against-

Jerry Fontaine

         Defendant(s)

### SUMMONS AND VERIFIED COMPLAINT

Signature (Rule 130-1.1-a)

☐ Evridike Kollis    ☐ Stephanie R. Vetch
☐ Aksana Bondartseva   ☐ Rafeena Khairullah
☐ Joseph J. Cassotta   ☐ Monique Aziza
☒ Anthony Poulin    ☐ Stephen Einstein
☐ Scott Morris     ☐ Alex Pesochin

LAW OFFICE OF
STEPHEN EINSTEIN & ASSOCIATES, P.C.
Attorney(s) for Plaintiff
Office and Post Office Address
39 Broadway, Suite 1250
New York, New York 10006
(212) 267-3550
Fax (212) 227-9656

Service of a copy of the within _____ is hereby admitted.
Dated,

        Attorney(s) for Plaintiff(s)

  Sir: Please take notice

☐  <u>NOTICE OF ENTRY</u>:
That within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on

☐  <u>NOTICE OF SETTLEMENT</u>
That an order _____ of which the within is a true copy of a Settlement
to the HON. _____ Presented for one of the judges

Of the within named court, at
On the ___ day of _____ 2019 at ___ A.M
Dated,