# **<u>EXHIBIT B</u>**



4125 Windward Plaza
Alpharetta, Ga. 30005-8378

## BILL of SALE

### Sherman (SCAS) – PLCC CAD – February 2019

For value received and in further consideration of the mutual covenants and conditions set forth in the Accounts Purchase Agreement (the "Agreement"), dated as February 20, 2019, by and between Synchrony Bank formerly known as GE Capital Retail Bank, RFS Holding LLC and Retail Finance Credit Services, LLC., ( "Seller") and Sherman Originator III LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification File (as defined in the Agreement), delivered by Seller to Buyer on or about February 22, 2019, and as further described in the Agreement.

Synchrony Bank
By: _____
Lynne Fisher

Title: Vice President

RFS Holding LLC
By: _____
Lynne Fisher

Title: Vice President

Retail Finance Credit Services, LLC
By: _____
Lynne Fisher

Title: Vice President