IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER

| | |
|---|---|
| JERRY FONTAINE, on behalf of plaintiff and a class | ) ) ) |
| Plaintiff | ) ) |
| V. | ) ) |
| RESURGENT CAPITAL SERVICES, L.P., and LVNV FUNDING, LLC; | ) ) ) |
| Defendants | ) ) ) |

Case No. 6:20-cv-06274-EAW

Honorable Elizabeth A. Wolford

## STIPULATION TO DISMISS

Plaintiff Jerry Fontaine and Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs.

.

Respectfully submitted,

s/Cassandra P. Miller

Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603

David M. Kaplan
112 Lilac Drive
Horseheads, NY 14845
585-330-2222
davidkaplanlaw@gmail.com

s/ Jonathan M. Robbin

J. Robbin Law
200 Business Park Drive
Suite 103
Armonk, NY 10504
914-685-5016
Email: jonathan.robbin@jrobbinlaw.com

SO ORDERED

_____
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
**DATED: November 17, 2022**